UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  CHARLES E KNOX                           CASE NO: DK-14-01613
        JOAN KNOX                                Chapter 13
        8301 CALVIN RD                           HON. SCOTT W. DALES
        BATTLE CREEK,  MI  49017                 Filed: Mar 12, 2014

# TRUSTEE'S OBJECTION TO CLAIM
# AND
# NOTICE AND OPPORTUNITY FOR HEARING

NOW COMES, Barbara P. Foley, the duly appointed, qualified and acting Chapter 13 Trustee in the captioned case, before this Honorable Court and states:
That **STATE OF MICHIGAN-CD** filed a claim in this bankruptcy case, and in contravention of 11 USC § 501, 502 and/or 1305 and Bankruptcy Rules 3001, 3002, and 3007, such claim:

WAS FILED IN THE AMOUNT OF $3,588.37.  CLAIM #10 IS A PROTECTIVE PROOF OF CLAIM FILED ON BEHALF OF THE STATE OF MICHIGAN.  THE DEBTOR'S COUNCIL HAD 30 DAYS FROM THE CLAIMS BAR DATE OF 9/8/14 TO FILE A TIMELY PROTECTIVE PROOF OF CLAIM.  THIS CLAIM WAS FILED ON 10/13/14, WHICH MAKES THIS CLAIM TARDY.

**Wherefore, the Trustee prays for an Order:**

DISALLOWING CLAIM #10 IN ITS ENTIRETY AS TARDY.

**NOTICE TO CLAIMANT:**

You may:
1) Attempt to cure the objection to claim by filing either an amended claim or the required documents with the court,

OR

2) Within 30 days from the date of service file an answer *and* request a hearing with the  U.S. Bankruptcy Court, One Division Ave. N.W. Room 200, Grand Rapids, Michigan 49503, with copies served on Trustee and Attorney for Debtor/s.

**FAILURE TO PROPERLY CURE OR FILE AN ANSWER** will result in theTrustee filing an Affidavit with a proposed Order Granting the Relief Requested with the Court.

Nov 14, 2014                                     /s/ Barbara P. Foley_____
                                                 Barbara P. Foley (P34558)
                                                 CHAPTER 13 TRUSTEE

CASE NO. DK-14-01613

Direction for service of Objection to Claim:

Electronically filed with the United States Bankruptcy Court and Attorney for Debtors and mailed by regular first-class mail to the Debtors at above address, Creditor and all Interested Parties listed.

United States Bankruptcy Court

Attorney for Debtors
    JEFFREY D MAPES PLC
    29 PEARL ST NW STE 305
    GRAND RAPIDS, MI 49503

Copies to Creditor:
    STATE OF MICHIGAN-CD
    DEPT OF TREASURY/REVENUE/AG
    PO BOX 30455
    LANSING, MI 48909-7955

Interested Party 1
    STATE OF MICHIGAN
    COLLECTION DIVISION/BANKRUPTCY
    PO BOX 30168
    LANSING, MI 48909-0168

Interested Party 2
    STATE OF MICHIGAN
    % ASSISTANT ATTORNEY GENERAL
    PO BOX 30754
    LANSING, MI 48909

Creditor Account No: XXXXXXX4790    ECF Claim Number: 10

SERVED AS DIRECTED BY: <u>BS</u>    DATE: <u>11/14/2014</u>